IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| DISTRICT 4 LODGE OF THE INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE WORKERS, LOCAL LODGE 207, f/k/a, IAMAW MAINE LOBSTERING UNION – LOCAL 207, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>GINA M. RAIMONDO, in her official capacity as Secretary, U.S. Department of Commerce, et al.,<br><br>Defendants. | CASE NO. 1:21-CV-00275-LEW |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4 and 28 U.S.C. § 1292(a)(1), notice is hereby given that Gina Raimondo, in her official capacity as Secretary, U.S. Department of Commerce, Janet Coit, in her official capacity as Assistant Administrator, NOAA Fisheries, and the National Marine Fisheries Service, Defendants in the above-captioned case, appeal to the United States Court of Appeals for the First Circuit from the trial court's Order on Motion for Temporary Restraining Order and Preliminary Injunction (Dkt. No. 41), entered on October 16, 2021, granting Plaintiffs' Emergency Motion for Temporary Restraining Order and Preliminary Injunction.

Respectfully submitted this 25th day of October, 2021,

DARCIE N. MCELWEE,
United States Attorney

*/s/*John G. Osborn
John G. Osborn

1

Chief, Civil Division
Assistant United States Attorney
U.S. Attorney's Office
100 Middle Street Plaza
East Tower, 6th Floor
Portland, ME  04101
Telephone: (207) 780-3257
Email: john.osborn2@usdoj.gov

TODD KIM, Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/*   Alison C. Finnegan
ALISON C. FINNEGAN, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0500
Email: alison.c.finnegan@usdoj.gov

*/s/*   Taylor A. Mayhall
TAYLOR A. MAYHALL, Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 598-3796
Email: taylor.mayhall@usdoj.gov


J. BRETT GROSKO, Senior Trial Attorney
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Telephone: (202) 305-0342
Email: Brett.Grosko@usdoj.gov

*Attorneys for Federal Defendants*

2

## CERTIFICATE OF SERVICE

  I hereby certify that a true copy of the above document was served upon counsel of record using the CM/ECF system on October 25, 2021.

                   /s/  Alison C. Finnegan